# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

BETH and DAVID PETIT, in their individual
capacities and as next friends to their minor son,
H. P., and  NICOLE and BENNIE
UNDERWOOD, in their individual capacities and
as next friends to their minor daughter, A.U.,

Plaintiffs

v.

UNITED STATES DEPARTMENT OF
EDUCATION, and MARGARET SPELLINGS,
in her official capacity as Secretary of the U.S.
Department of Education,

Defendants.

CASE NO.  07-1583-RMU

## AFFIDAVIT OF SERVICE

       I, Mark W. Mosier, hereby declare that on the 7th day of September, 2007, I

mailed a copy of the summons and complaint, certified mail return receipt requested, to the

United States Attorney General.  Attached hereto is the certified green card acknowledging

service.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Alberto R. Gonzales
U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC  20530

RECEIVED SEP 1 3 2007

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name)    C. D
SEP 1 1 2007

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt fo
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)

7006 2150 0005 7259 2607

PS Form 3811, February 2004    Domestic Return Receipt    1

Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291

*Attorney for Plaintiffs Beth and David Petit,*
*and Nicole and Bennie Underwood*

September 21, 2007