IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

BETH and DAVID PETIT, in their individual
capacities and as next friends to their minor son,
H. P., and NICOLE and BENNIE
UNDERWOOD, in their individual capacities and
as next friends to their minor daughter, A.U.,

Plaintiffs

v.

UNITED STATES DEPARTMENT OF
EDUCATION, and MARGARET SPELLINGS,
in her official capacity as Secretary of the U.S.
Department of Education,

Defendants.

CASE NO. 07-1583-RMU

### AFFIDAVIT OF SERVICE

I, Mark W. Mosier, hereby declare that on the 7th day of September, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the United States Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey A. Taylor, Esq.
   United States Attorney
   U.S. Attorney's Office
      for D.C.
   555 Fourth Street, N.W.
   Washington, DC  20530

   RECEIVED SEP 1 3 2007

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   SEP 1 1 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

                                /s/ Mark W. Mosier
Mark W. Mosier (D.C. Bar No. 974887)
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorney for Plaintiffs Beth and David Petit, and Nicole and Bennie Underwood*

September 21, 2007