UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH and DAVID PETIT, in their individual capacities and as next friends to their minor son, H.P., 12 Emery Lane Stratham, NH 03885<br><br>and<br><br>NICOLE and BENNIE UNDERWOOD, in their individual capacities and as next friends to their minor daughter, A.U. 9936 Castle Lane Knoxville, TN 37922<br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, 400 Maryland Ave, SW Washington, DC 20202<br><br>and<br><br>MARGARET SPELLINGS, in her official capacity as Secretary of the United States Department of Education 400 Maryland Ave, SW Washington, DC 20202<br>　　　　　　　　　Defendants. | Civil Action No. 1:07CV01583 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tamra T. Moore, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears on behalf of Defendants United States Department of Education and Margaret Spellings, in her official

capacity as Secretary of the United States Department of Education.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        SHEILA M. LIEBER
        Deputy Branch Director

        /s/ Tamra T. Moore
        TAMRA T. MOORE D.C. Bar No. 488392
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C.  20530
        Telephone: (202) 514-8095
        Facsimile: (202) 616-8470
        Email: Tamra.Moore@usdoj.gov

Dated:  October 29, 2007        Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on this 29th day of October 2007, I caused a copy of the foregoing Notice of Appearance to be filed electronically and that the document is available for viewing and downloading from the ECF system.

/s/ Tamra T. Moore
Tamra T. Moore