UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETH and DAVID PETIT, in their individual capacities and as next friends to their minor son, H.P., 12 Emery Lane Stratham, NH 03885<br><br>and<br><br>NICOLE and BENNIE UNDERWOOD, in their individual capacities and as next friends to their minor daughter, A.U. 9936 Castle Lane Knoxville, TN 37922<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, 400 Maryland Ave, SW Washington, DC 20202<br><br>and<br><br>MARGARET SPELLINGS, in her official capacity as Secretary of the United States Department of Education 400 Maryland Ave, SW Washington, DC 20202<br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07CV01583<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants United States Department of Education and Secretary of the United States

Department of Education, Margaret Spellings (collectively, "ED" or "Defendants"), by

and through undersigned counsel, hereby move this Court for an extension of time from November 13, 2007, to and including December 13, 2007, in which Defendants have to file their response to Plaintiffs' Complaint for Declaratory and Injunctive Relief ("Complaint"). In support of their motion, Defendants state as good cause the following:

1. On September 6, 2007, Plaintiffs filed their Complaint, which asserts, among other allegations, that Defendants violated the Administrative Procedures Act by promulgating regulations that are arbitrary and capricious and in excess of Defendants' statutory authority under the Individuals with Disabilities Education Act ("IDEA"). Defendants' response to Plaintiffs' Complaint is currently due on November 13, 2007.

2. The matters at issue in this action are complex and require careful investigation of the Administrative Record. The compilation of the Administrative Record, however, is taking longer than the agency expected. In order to allow sufficient time for compilation and review of the Administrative Record, and for preparation of an appropriate response to the Complaint, Defendants respectfully request an enlargement of time of 30 days, up to and including December 13, 2007, within which to respond to the Complaint.

3. On October 29, 2007, Defendants' counsel conferred with Plaintiffs' counsel regarding this request. Plaintiffs' counsel informed Defendants' counsel that they consent to this motion.

4. This is the first request for an extension of time made by Defendants.

5. The Court's decision to grant this motion will have no effect on existing deadlines because there are no existing deadlines in this matter, other than the deadline for Defendants' response to Plaintiffs' Complaint, which is currently due on November 13, 2007.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        SHEILA M. LIEBER
        Deputy Branch Director

        /s/ Tamra T. Moore
        TAMRA T. MOORE D.C. Bar No. 488392
        Trial Attorney
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, D.C.  20530
        Telephone: (202) 514-8095
        Facsimile: (202) 616-8470
        Email: Tamra.Moore@usdoj.gov

Dated: October 29, 2007        Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I certify that on this 29th day of October 2007, I caused a copy of the foregoing Consent Motion for Extension of Time for Defendants to File Response to Plaintiffs' Complaint to be filed electronically and that the document is available for viewing and downloading from the ECF system.

                                                    /s/ Tamra T. Moore
                                                  Tamra T. Moore

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BETH and DAVID PETIT, in their individual capacities and as next friends to their minor son, H.P., 12 Emery Lane Stratham, NH 03885<br><br>and<br><br>NICOLE and BENNIE UNDERWOOD, in their individual capacities and as next friends to their minor daughter, A.U. 9936 Castle Lane Knoxville, TN 37922<br><br>            Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, 400 Maryland Ave, SW Washington, DC 20202<br><br>and<br><br>MARGARET SPELLINGS, in her official capacity as Secretary of the United States Department of Education 400 Maryland Ave, SW Washington, DC 20202<br>            Defendants. | Civil Action No. 1:07CV01583 |

**[DEFENDANTS' PROPOSED]**
**ORDER GRANTING MOTION FOR EXTENSION OF**
**TIME FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT**

Defendants United States Department of Education and Secretary of the United States

Department of Education, Margaret Spellings (collectively, "ED" or "Defendants"), have moved for an extension of time to file Defendants' response to Plaintiffs' Complaint for Declaratory and Injunctive Relief.

    Upon consideration of Defendants' motion, IT IS HEREBY ORDERED that -

    The Consent Motion for Extension of Time for Defendants to File Response to Plaintiffs' Complaint be, and it hereby is, GRANTED; and

    Defendants' response to Plaintiffs' Complaint shall be due by December 13, 2007.

Dated: _____, 2007    _____

                                                                                           The Honorable Ricardo M. Urbina