IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH and DAVID PETIT, in their individual capacities and as next friends to their minor son, H. P., and NICOLE and BENNIE UNDERWOOD, in their individual capacities and as next friends to their minor daughter, A.U.,<br><br>Plaintiffs<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and MARGARET SPELLINGS, in her official capacity as Secretary of the U.S. Department of Education,<br><br>Defendants. | CASE NO. 07-1583-RMU |

## NOTICE OF APPEARANCE

TO NANCY MAYER-WHITTINGTON, CLERK:

You are hereby notified that Emily Johnson Henn of Covington & Burling LLP appears as retained counsel on behalf of plaintiffs Beth and David Petit and Nicole and Bennie Underwood in the above-captioned matter.

                                                        Respectfully submitted,

                                                        /s/ Emily Johnson Henn
                                                  Emily Johnson Henn (D.C. Bar No. 471077)
                                                  COVINGTON & BURLING LLP
                                                  1201 Pennsylvania Ave., NW
                                                  Washington, DC 20004
                                                  Telephone: (202) 662-6000
                                                  Facsimile: (202) 662-6291

                                                  *Attorneys for Plaintiffs Beth and David Petit,*
November 5, 2007                             *and Nicole and Bennie Underwood*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 5th day of November, 2007, which automatically results in service on all counsel of record registered on ECF.

                                                  /s/ Emily Johnson Henn  
                                                  Emily Johnson Henn  
                                                  *Attorney for Plaintiffs*