UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH and DAVID PETIT, in their individual capacities and as next friends to their minor son, H.P., 12 Emery Lane Stratham, NH 03885<br><br>and<br><br>NICOLE and BENNIE UNDERWOOD, in their individual capacities and as next friends to their minor daughter, A.U. 9936 Castle Lane Knoxville, TN 37922<br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, 400 Maryland Ave, SW Washington, DC 20202<br><br>and<br><br>MARGARET SPELLINGS, in her official capacity as Secretary of the United States Department of Education 400 Maryland Ave, SW Washington, DC 20202<br>　　　　　　　　　Defendants. | Civ. No. 1:07CV01583(RMU) |

**NOTICE OF FILING**

Defendants, the United States Department of Education and Margaret Spelling, in her

official capacity as Secretary of Education (collectively, "ED" or "the Secretary"), by and

through undersigned counsel, hereby give notice of the filing in electronic copy of the certified rulemaking record concerning the promulgation of the portions of the Individuals with Disabilities Education Act ("IDEA"), Part B regulation related to the mapping of cochlear implants at issue in the above-captioned matter. Attached hereto as Exhibit A is an index of the rulemaking record.

    Respectfully submitted,

    JEFFREY S. BUCHOLTZ
    Assistant Attorney General

    JEFFREY A. TAYLOR
    United States Attorney

    SHEILA M. LIEBER
    Deputy Branch Director

    /s/ Tamra T. Moore
    TAMRA T. MOORE D.C. Bar No. 488392
    Trial Attorney
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue, N.W.
    Washington, D.C. 20530
    Telephone: (202) 514-8095
    Facsimile: (202) 616-8470
    Email: Tamra.Moore@usdoj.gov

Dated: December 13, 2007    Attorneys for Defendants

EXHIBIT A

**Rulemaking Record Relevant to ED's Determination
To Exclude Cochlear Implant Mapping Services From the Definition of Related Services**

| Description | Bates Range |
|---|---|
| Final Regulations for IDEA, Part B, 71 Fed. Reg. 46,540-46,845 (August 14, 2006) | ED 000001-0307 |
| Written Public Comments | ED 000308-1298 |
| Public Hearing Transcript, Washington D.C. (July 11, 2005) | ED 001299-1788 |
| Public Hearing Transcript, San Antonio (July 7, 2005) | ED 001789-2041 |
| Public Hearing Transcript, Chicago (June 29, 2005) | ED 002042-2424 |
| Public Hearing Transcript, New York (June 27, 2005) | ED 002425-2789 |
| Public Hearing Transcript, Sacramento (June 22, 2005) | ED 002790-3169 |
| Public Hearing Transcript, Nashville (June 17, 2005) | ED 003170-3421 |
| Notice of Proposed Rulemaking (NPRM) for IDEA, Part B, 70 Fed. Reg. 35,782-35,892 (June 21, 2005) | ED 003422-3533 |
| Press Release announcing posting of NPRM on Department of Education website (June 10, 2005) | ED 003534-3535 |
| Notice of Public Meetings and Correction, 70 Fed. Reg. 30,917 (May 31, 2005) | ED 003536 |
| Notice of Public Meetings, 70 Fed. Reg. 16,784 (April 1, 2005) | ED 003537 |
| Pre-NPRM Written Public Comments | ED 003538-3735 |
| Pre-NPRM Public Hearing Transcript, Washington D.C. (February 24, 2005) | ED 003736-4012 |
| Pre-NPRM Public Hearing Transcript, Atlanta (February 15, 2005) | ED 004013-4187 |
| Pre-NPRM Public Hearing Transcript, Boston (February 7, 2005) | ED 004188-4545 |
| Pre-NPRM Public Hearing Transcript, Columbus (February 3, 2005) | ED 004546-4820 |
| Pre-NPRM Public Hearing Transcript, San Diego (February 1, 2005) | ED 004821-5161 |
| Pre-NPRM Public Hearing Transcript, Newark (DE) (January 28, 2005) | ED 005162-5397 |
| Notice of Public Meeting, 70 Fed. Reg. 4,830 (January 31, 2005) | ED 005398 |
| Notice of Public Meeting, 70 Fed. Reg. 4,111-4,112 (January 28, 2005) | ED 005399-5400 |
| Notice of Public Meeting, 70 Fed. Reg. 3,918 (January 27, 2005) | ED 005401 |
| Notice of Public Meeting, 70 Fed. Reg. 3,523-3,524 (January 25, 2005) | ED 005402-5403 |
| Notice of Public Meeting, 70 Fed. Reg. 3,194-3,195 (January 21, 2005) | ED 005404-5405 |
| Notice of Public Meeting, 70 Fed. Reg. 2,857-2,858 (January 18, | ED 005406-5407 |

| | |
|---|---|
| 2005) | |
| Notice of Public Hearing, 70 Fed. Reg. 2,401-2,402 (January 13, 2005) | ED 005408-5409 |
| Correction Notice, 70 Fed. Reg. 1,673 (January 10, 2005) | ED 005410 |
| Notice of Request for Comments and Suggestions, 69 Fed. Reg. 77,968-77,769 (December 29, 2004) | ED 005411-5412 |
| Correspondence | ED 005413-5418 |

## CERTIFICATE OF SERVICE

I certify that on this 13th day of December, 2007, I caused a copy of the foregoing Defendants' Notice of Filing to be filed electronically and that the document is available for viewing and downloading from the ECF system.

I further certify that an electronic copy on CD-ROM compact disk of the rulemaking record referenced in the foregoing Notice of Filing was filed in electronic copy on CD-ROM compact disk with the Clerk's Office and sent by overnight courier to:

>Mark W. Mosier
>COVINGTON & BURLING LLP
>1201 Pennsylvania Ave., N.W.
>Washington, D.C.  20004

>/s/ Tamra T. Moore
>Tamra T. Moore