**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BETH and DAVID PETIT**,** in their individual capacities and as next friends to their minor son, H. P., and  NICOLE and BENNIE UNDERWOOD**,** in their individual capacities and as next friends to their minor daughter, A.U., <br><br>Plaintiffs <br>                           v. <br><br>UNITED STATES DEPARTMENT OF EDUCATION, and MARGARET SPELLINGS, in her official capacity as Secretary of the U.S. Department of Education, <br><br>Defendants. | CASE NO.  07-1583-RMU |

**CONSENT MOTION ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Plaintiffs Beth and David Petit and Nicole and Bennie Underwood (collectively "Plaintiffs"), with the consent of Defendants United States Department of Education and Margaret Spellings (collectively "Defendants"), seek to establish a briefing schedule for Defendants' Motion to Dismiss or Alternatively, for Summary Judgment.  Plaintiffs respectfully request that their opposition to Defendants' motion shall be due on or before January 30, 2008, and Defendants shall reply on or before February 22, 2008.  The grounds for the consented-to motion are set forth below.

Plaintiffs filed the complaint in this case on September 6, 2007.  Defendants were served on September 11, and their answers were due on November 13.  On October 29, the Court granted Defendants' consent motion for extension of time and ordered that Defendants

respond to Plaintiffs' complaint by December 13. Defendants filed a Motion to Dismiss or Alternatively, for Summary Judgment on December 13.

In support of the motion, Plaintiffs state as good cause the following:

1. In support of their motion, Defendants filed both a lengthy memorandum of law raising numerous complex issues of administrative law and an Administrative Record consisting of over 5400 pages. Based on the complexity of the case and the size of the Administrative Record, Plaintiffs request an enlargement of time, up to and including January 30, 2008, within which to oppose Defendants' motion.

2. This is the first request for an extension of time made by Plaintiffs. The Court has granted one extension of time for Defendants to respond to the complaint.

3. On December 17, Plaintiffs' counsel conferred with Defendants' counsel regarding this motion. Defendants' counsel consented to Plaintiffs' request. Defendants' counsel requested that their reply brief be due on February 22, 2008, and Plaintiffs consented.

4. The Court's decision to grant this motion will have no effect on existing deadlines because there are no deadlines beyond those which this motion seeks to enlarge.

For the foregoing reasons, Plaintiffs respectively request that the Court grant their Consent Motion Establishing Briefing Schedule For Defendants' Motion to Dismiss or Alternatively, for Summary Judgment. A proposed order is attached.

        Respectfully submitted,

          /s/ Mark W. Mosier
        S. William Livingston (D.C. Bar No. 59055)
        Emily Johnson Henn (D.C. Bar No. 471077)
        Mark W. Mosier (D.C. Bar No. 974887)
        COVINGTON & BURLING LLP
        1201 Pennsylvania Ave., NW
        Washington, DC  20004
        Telephone:  (202) 662-6000
        Facsimile:  (202) 662-6291

December 18, 2007        *Attorneys for Plaintiffs Beth and David Petit, and Nicole and Bennie Underwood*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance was filed using the Court's electronic case filing system this 18th day of December, 2007, which automatically results in service on all counsel of record registered on ECF.

                                          /s/ Mark W. Mosier
                                            Mark W. Mosier
                                            *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETH and DAVID PETIT**,** in their individual capacities and as next friends to their minor son, H. P., and  NICOLE and BENNIE UNDERWOOD**,** in their individual capacities and as next friends to their minor daughter, A.U.,<br><br>Plaintiffs<br><br>                                  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, and MARGARET SPELLINGS, in her official capacity as Secretary of the U.S. Department of Education,<br><br>Defendants. | CASE NO.  07-1583-RMU |

**[PLAINTIFFS' PROPOSED]**
**ORDER GRANTING MOTION ESTABLISHING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, FOR <u>SUMMARY JUDGMENT</u>**

Plaintiffs Beth and David Petit and Nicole and Bennie Underwood move for an extension of time to file an opposition to Defendants' Motion to Dismiss or Alternatively, for Summary Judgment.

Upon consideration of Plaintiffs' motion, IT IS HEREBY ORDERED that –

The Consent Motion Establishing Briefing Schedule For Defendants' Motion To Dismiss Or Alternatively, For Summary Judgment is GRANTED;

Plaintiffs' opposition to Defendants' Motion To Dismiss Or Alternatively, For Summary Judgment shall be due by January 30, 2008; and

Defendants' reply in support of Motion To Dismiss Or Alternatively, For Summary Judgment shall be due by February 22, 2008.

Dated: _____, 2007                    _____
                                                       The Honorable Ricardo M. Urbina